FILED
May 16, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:12MJ00125-GGH-26
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
JOSEPH MIRANTE, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOSEPH MIRANTE__, Case No. __2:12MJ00125-GGH-26__, Charge __21USC § 841(a)(1), 846__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $_____

 ___ Unsecured Appearance Bond

 ___ Appearance Bond with 10% Deposit

 ___ Appearance Bond with Surety

 ___ Corporate Surety Bail Bond

 ✔ (Other)   Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 16, 2012__ at __2:00 pm__.

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court